IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                                    NO:   4:06 cr 00192 SWW

WILLIAM JOSEPH ALLEN                                            DEFENDANT

## ORDER

On November 8, 2006, the Court convened for hearing on the government's motion for revocation of bond pending trial (DE# 17).   The Defendant moved in open court, pursuant to 18 U.S.C. §§ 4241 and 4242, for a determination of the Defendant's competency to stand trial, and competency at the time of the alleged offense.  The government voiced no opposition to the motion.  The Defendant having given notice of the possibility of reliance on the defense of insanity, it is therefore ordered:

(1) That, pursuant to 18 U.S.C. § 4247(b) and (c), Defendant Allen is hereby committed to the custody of the Attorney General or his authorized representative for a period not to exceed thirty (30) days for a psychiatric examination pursuant to § 4241 and for a period not to exceed forty-five (45)[1] days for a psychiatric examination pursuant to 18 U.S.C. § 4242 for a determination of the defendant's mental competency.

(2)  That, pursuant to 18 U.S.C. § 4247(c), the facility conducting such examination shall

---

[1]The examination period herein shall commence on the date of arrival of the defendant at the assigned Federal medical facility.

file a report of same with this Court with copies to counsel for the Defendant and the attorney for the government.

(3)  That the Defendant remain in custody of the United States Marshal or his designated representative and be transported to the facility as soon as possible.

(4)  That any delay in commencing the trial of this case occasioned by the examination ordered herein shall be excludable under the provisions of the Speedy Trial Act as provided by 18 U.S.C. § 3161(h)(1)(A).

(5)  By agreement of parties, Defendant acquiesces to detention pending completion of the above ordered examination, with reservation of the right to a future hearing. As such, the government's motion (DE# 17) is denied as moot, pending outcome of the psychiatric examination.

IT IS SO ORDERED this 8th day of November, 2006.

_____
UNITED STATES MAGISTRATE JUDGE