IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                               PLAINTIFF

vs.                    NO.  4:06CR00192-001 SWW

WILLIAM JOSEPH ALLEN                                   DEFENDANT

## ORDER

The above entitled cause came on for final hearing September 24, 2013 on the government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  The Court finds that the petition should be dismissed and the supervised release terminated without objection of the parties.

IT IS SO ORDERED that the government's petition to revoke defendant's supervised release [doc #85] is *DISMISSED* with prejudice and the supervised release of defendant is hereby *TERMINATED*.

DATED this 24th day of September 2013.

/s/Susan Webber Wright
United States District Judge